Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

Southern District of Iowa

Central Division

| | |
|---|---|
| TOMIKA HINDSON<br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br><br>PROFESSIONAL CREDIT MANAGEMENT INC<br>RICHARD BRYANT MARSHALL<br>C T CORPORATION SYSTEM<br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 4-23-cv 101<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☒ Yes ☐ No<br><br>RECEIVED<br>MAR 2 8 2023<br>CLERK U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF IOWA |

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

    **A.**   **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Tomika Hindson |
| Street Address | P.O. BOX 3754 |
| City and County | URBANDALE POLK |
| State and Zip Code | IOWA |
| Telephone Number | 9288755124 |
| E-mail Address | HINDSON.TOMIKA74@YAHOO.COM |

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | PROFESSIONAL CREDIT MANAGEMENT INC |
| Job or Title *(if known)* | |
| Street Address | 500 WEST WASHINGTON AVENUE |
| City and County | JONESBORO CRAIGHEAD |
| State and Zip Code | ARKANSAS 72401 |
| Telephone Number | 8662171675 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | RICHARD BRYANT MARSHALL |
| Job or Title *(if known)* | AGENT |
| Street Address | 500 WEST WASHINGTON AVENUE |
| City and County | JONESBORO CRAIGHEAD |
| State and Zip Code | ARKANSAS 72401 |
| Telephone Number | 8662171675 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | C T CORPORATION SYSTEM |
| Job or Title *(if known)* | AGENT |
| Street Address | 300 MONTVUE ROAD |
| City and County | KNOXVILLE KNOXVILLE |
| State and Zip Code | TENNESSEE 37919 |
| Telephone Number | 8653270228 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)* _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Rule 55 F.R.CV.P, 28 U.S.C. 2201, 28 U.S.C. 4101, FDCPA 15 U.S.C. § 1692 and FCRA 15 U.S.C. § 1681.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

        The defendant, *(name)* _____, is a citizen of
        the State of *(name)* _____. Or is a citizen of
        *(foreign nation)* _____.

    b.    If the defendant is a corporation
        The defendant, *(name)* _____, is incorporated under
        the laws of the State of *(name)* _____, and has its
        principal place of business in the State of *(name)* _____.
        Or is incorporated under the laws of *(foreign nation)* _____,
        and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

---

### III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

COMPLAINT:

1. Violation of Fair Credit Reporting Act
2. Federal Fair Debt Collection Practices Act
3. Defamation of Character

JURY TRIAL REQUESTED

I. PRELIMINARY STATEMENT
1. This an action for damages brought by an individual consumer against the Defendants for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, which prohibits debt collectors from engaging in abusive, deceptive and unfair practices. Secondly to include Defamation arising from the actions of the Defendant Pursuant to 28 U.S.C. § 4101 arising from the Defendants submiting a statement that Plaintiff disputed the debt when Plaintiff was unaware of debt reporting to the Consumer Reporting Agencies, Futhermore the act or practice of Extortion arising from actions of the Defendant Pursuant to 18 U.S.C. § 875 and lastly Aggravated Identity Theft 18 U.S.C. § 1028A(c)(8) as the Defendant never obtained the ("Plaintiff's") written permission, nor had permissible purpose to obtain the ("Plaintiff's") consumer reports to also add to the complaint that the ("Plaintiff") was never presented with an "Opt-Out" notice in regards to sharing or disclosing the ("Plaintiff") consumer reports.

II. JURISDICTION & VENUE
2. Jurisdiction of this Court arises under a federal question, namely the FDCPA, 15 U.S.C. § 1692 and jurisdiction proper Pursuant to 28 U.S.C. § 1331.

3. The main events giving rise to this action occurred within this district, and venue is therefore proper Pursuant to 28 U.S.C. § 1391(b).

III. PARTIES
4. Plaintiff, TOMIKA HINDSON ("Plaintiff"), is a natural person residing in the State of Iowa, and is a "consumer" as defined by the FDCPA, 15 U.S.C. § 1692a(3).

5. At all relevant times herein, Defendant PROFESSIONAL CREDIT MANAGEMENT, INC. ("COLLECTION"), a company engaged, by the use of the mails, phone, and email to be known as electronic communication, was in the business of collecting a debt from Plaintiff which qualifies as a "debt" as defined by 15 U.S.C. § 1692A(5). COLLECTION AGENCY regularly attempts to collect debts alleged to be due another, and therefore is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).
6. PROFESSIONAL CREDIT MANAGEMENT, INC. is a third-party debt collection agency as defined based in Jonesboro, Arkansas known to purchase a wide variety of consumer and business debts, including credit cards, finance companies, utilities, commercial and medical debts.

7. PROFESSIONAL CREDIT MANAGEMENT, INC does business in the State(s) of Arkansas, Illinois, Kansas, Kentucky, Louisiana, Mississippi, Oklahoma and Texas. However the State of Iowa does not required any collection agency to be licensed or bonded in the State. Defendant has Richard Bryant Marshall listed as their registered agent located at 500 West Washington Avenue of Jonesboro, Arkansas 72401 and C T CORPORATION SYSTEM listed as their registered agent located at 300 Montvue Road of Knoxville, Tennessee 37919.

8. Plaintiff is informed and believes that at all relevant times, each and every Defendant was acting as an agent and/or employee of each of the other Defendants and was acting within the course and scope of said agency and/or employment with the full knowledge and consent of each of the other Defendants.

9. Plaintiff is informed and believes that each of the acts and/or omissions complained of herein was made known to, and ratified by each of the other Defendants therefor the above named Defendants and their agents are collectively referred to as Defendants.

IV. FACTUAL ALLEGATIONS

10. On or around March 11, 2023, Plaintiff became aware of 26 different notifications from a credit monitoring service by the name of Credit Karma stating all these alleged collection accounts were reported to Plaintiff's Consumer Reports.

11. Credit Karma is an American Multinational personal finance company founded in 2007, which has been a brand of intuit since December 2020. Credit Karma provides free credit scores and credit reports in the United States, Canada and United Kingdom from national Credit Reporting Agencies such as TransUnion and Equifax, to offer daily credit monitoring from TransUnion.

12. Defendant has failed to provide notice of negative information in writing to the Plaintiff no later than 30 days after furnishing the negative information. The negative information notice cannot be in a previous billing statement in accordance with 15 USC § 1637a Pursuant to 15 U.S. Code § 1681(7)(B)(ii).

13. Defendant failed to contact Plaintiff to validate all 26 alleged accounts that were placed on all three Consumer Reporting Agencies without my consent which is/are a FCRA Violation Pursuant to 15 USC § 1681s-2(a)(1)(A) as I was not allowed any opportunity to Validate these alleged accounts reporting.

14. Plaintiff is aware that nothing under 1681s-2(7)(A) requires negative information to be furnished to a consumer reporting agency. What is required by a furnisher is to report 100% accurate information if the company engages in the act of reporting information to a consumer reporting agency. To misconstrue the requirement of reporting accurate information with the non-requirement to report negative information is a direct violation Pursuant to 15 U.S. Code § 1681s-2(7)(E) and constituted my information being reported without lawful authority.

15. Plaintiff is aware and informed that each requirement of the FCRA which PROFESSIONAL CREDIT MANAGEMENT INC failed to comply with, holds the company liable for $1000.00 per action and Pursuant to 15 USC § 1681i when an investigative report is prepared, no adverse information in a consumer report may be included in a subsequent consumer report unless the reported was verified. Each month this false information was incorrectly verified, making PROFESSIONAL CREDIT MANAGEMENT liable for each consecutive reporting.

16. Plaintiff is informed and aware that the Defendant did not validate the alleged debt or if the initial communication (any medium) was reporting on a consumer's report it is a violation and not allowed as it is considered debt parking Pursuant to 15 USC § 1692d(4).

17. Plaintiff is aware that the Defendant has reported an alleged, false character, amount, or legal status of debt which is Pursuant to 1692e(2)(A) a FDCPA Violation.

18. Plaintiff is informed and aware that the Defendant failed to notify Plaintiff prior to reporting to Consumer Reporting Agencies in regards to:
1). amount of debt.
2). the name of the creditor to whom the debt is owed.
3). A miranda which states "unless the debt within thirty days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector"
4). Another miranda which states "if you notifies the debt collector in writing within the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector."
5). And a final miranda which states "upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor." Which Pursuant to 15 USC 1692g is a FDCPA Violation.

19. Plaintiff is aware that Pursuant to 15 USC § 1692k(a)(1) allows civil liability rewards for any damages, which may include, stress, harassment, anxiety, mental anguish, and other damages all caused by violations of FDCPA due to PROFESSIONAL CREDIT MANAGEMENT, INC abusive and deceptive business practices.

20. Defendant actions have nonetheless negatively damaged my character, caused harm to my credit reputation and credit score, caused me emotional distress, personal humiliation as the Defendants had already reported the

alleged debt to the three Consumer Reporting Agencies without first validating the alleged debt or providing proof of the alleged debt Pursuant to 15 U.S.C. § 1692g(c) "The failure of a consumer to dispute the validity of a debt under this section may not be construed by any court as an admission of liability by the consumer".
21. Action against debt collectors for violations of the FDCPA may be brought in any appropriate U.S. District Court or other court of competent jurisdiction.

22. The consumer has one year from the date on which the violation occurred to start such as action.

COUNT I: VIOLATION OF FAIR CREDIT REPORTING ACT
21. Plaintiff reincorporates by referencing all the preceeding paragraphs.
22. To the extent that Defendants actions, counted above, violated the FCRA, as those actions were done knowingly and willfully.
23. Defendant negligently failed to comply, Pursuant to 15 USC § 1681s-2(a)(1)(A) by reporting 26 different alleged collection accounts per all three Consumer Reporting Agencies which are $1000.00 per Violation per Agency according to FCRA.

COUNT II: VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT
24. Defendant failed to send Plaintiff Notice of Debt Under the FDCPA.
25. Defendant FDCPA Violations, Pursuant to 15 USC § 1692g(a)(1)(2)(3)(4)(5).
26. Defendant reported an alleged, false character, amount, or legal status of debt, Pursuant to 1692e(2)(A)
27. Debt Parking, Pursuant to 15 USC § 1692d(4)
28. To the extent that Defendants actions, counted above, violated the FDCPA, as those actions were done knowingly and willfully.

COUNT III: DEFAMATION OF CHARACTER
29. Defendants actions of making false statements while trying to collect a debt.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Wherefore, the Plaintiff respectfully prays that judgment be entered against Defendant for the following:

A. Award Plaintiff for Actual damages;
B. Award Plaintiff for Statutory damages in regards to the Defendants willful and negligent violations and;
C. Award Plaintiff monetary civil penalties for each violation of the FCRA and FDCPA occurring within one (1) year preceeding the filing of this Complaint;
D. Award Plaintiff for such other and additional relief as the Court may find necessary or determine to redress injury to Plaintiff resulting from the Defendants violations of the FCRA, FDCPA, Defamation as just and proper.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3-28-2023

Signature of Plaintiff: *Tomika Hindson*

Printed Name of Plaintiff: TOMIKA HINDSON

### B. For Attorneys

Date of signing: _____

Signature of Attorney  
Printed Name of Attorney  
Bar Number  
Name of Law Firm  
Street Address  
State and Zip Code  
Telephone Number  
E-mail Address

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

RECEIVED
MAR 28 2023 KJW
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Tomika Hindson

### DEFENDANTS
PROFERSSIONAL CREDIT MANAGEMENT INC

**(b)** County of Residence of First Listed Plaintiff  **POLK COUNTY**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  **CRAIGHEAD**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Tomika Hindson "Pro Se"
7010 SW 15th Street   Des Moines, Iowa 50315   928-875-5124

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Rule 55 F.R.CV.P. 28 U.S.C. 2201, 28 U.S.C. 4101, FDCPA 15 U.S.C. § 1692 and FCRA 15 U.S.C. 1681
Brief description of cause:
Defamation, Violation Of Fair Debt Collection Act and Violation Of Fair Credit Reporting Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)   JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # ___   AMOUNT ___   APPLYING IFP ___   JUDGE ___   MAG. JUDGE ___

## ARBITRATION CERTIFICATION

I,_____, counsel for _____do hereby certify pursuant to the Local Arbitration Rule 83.10 that to the best of my knowledge and belief the damages recoverable in the above captioned civil action exceed the sum of $150,000 exclusive of interest and costs.
_____ Relief other than monetary damages is sought.

---

## DISCLOSURE STATEMENT - FEDERAL RULES CIVIL PROCEDURE 7.1

Identify any parent corporation and any publicly held corporation that owns 10% or more or its stocks:
_____

### Please refer to NY-E Division of Business Rule 50.1(d)(2)

1.) Is the civil action being filed in the Eastern District of New York removed from a New York State court located in Nassau or Suffolk County: _____

2.) If you answered "no" above:

   a.) Did the events or omissions giving rise to the claim or claims, or a substantial part thereof, occur in Nassau or Suffolk County? _____

   b.) Did the events or omissions giving rise to the claim or claims, or a substantial part thereof, occur in the Eastern District? _____

If your answer to question 2 (b) is "No," does the defendant (or a majority of the defendants, if there is more than one) reside in Nassau or Suffolk County, or, in an interpleader action, does the claimant (or a majority of the claimants, if there is more than one) reside in Nassau or Suffolk County? _____

   (Note: A corporation shall be considered a resident of the County in which it has the most significant contacts).

---

**I am currently admitted in the Eastern District of New York and currently a member in good standing of the bar of this court.**

Yes_____   No_____

**Are you currently the subject of any disciplinary action(s) in this or any other state or federal court?**

Yes_____(If yes, please explain)   No_____

_____

_____

Please provide your E-MAIL Address and bar code below. Your bar code consists of the initials of your first and last name and the last four digits of your social security number or any other four digit number registered by the attorney with the Clerk of Court.
(This information must be provided pursuant to local rule 11.1(b) of the civil rules).

**ATTORNEY BAR CODE:**_____

**E-MAIL Address:** _____

I consent to the use of electronic filing procedures adopted by the Court in Administrative Order No. 97-12, "In re Electronic Filing Procedures(EFP)", and consent to the electronic service of all papers.

**Signature:** _____